**Motion Granted; Order filed December 11, 2018.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-18-00364-CR**

_____

**ERIK JIMENEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 180th District Court
Harris County, Texas
Trial Court Cause No. 1514680**

## ORDER

Appellant is represented by appointed counsel, Seth Kretzer. Appellant's brief was originally due September 20, 2018**.** We have granted three motions to extend time to file appellant's brief until December 10, 2018. No brief was filed. On December 6, 2018, counsel filed a further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We grant the request for extension and issue the following order. No further extensions will be entertained absent exceptional circumstances.

Accordingly, we order Seth Kretzer to file a brief with the clerk of this court on or before December 17, 2018. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM